

**SO ORDERED.**
**SIGNED this 15th day of October, 2013**

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:    JOHN T. ADAMS, III                    Case No. 13-51287
          CATHERINE M. ADAMS                    Chapter 13

                    Debtors.

Moving Party / Creditor: **Regency Finance Company**

### ORDER GRANTING RELIEF AND ABANDONMENT

Upon Motion by the Creditor, pursuant to 11 U.S.C. Section 362(d)(1) and (f), and for good cause shown, in that the Creditor's interest in the Debtor's 1986 Chevrolet Corvette bearing VIN# 1G1YY0786G5107101 is not adequately protected, it is hereby
ORDERED that the application of Fed. Rule Bankr. Proc. 4001 is suspended and the automatic stay, heretofore issued, be and the same here is immediately modified so as to provide for the abandonment by the Trustee of the aforementioned property of the Debtor, and the repossession and disposition of it by the Creditor by any lawful means necessary under applicable state law.

# # #

**Approved for Entry:**


/s/ Wm. Stanton Massa, III
Wm. Stanton Massa, III, BPR# 015556
Attorney at Law
P.O. Box 1515
Morristown, TN  37816-1515
PH# 423 / 317-8555


# CERTIFICATE OF SERVICE


I certify that the foregoing Order Granting Relief and Abandonment was served upon the following listed parties and/or counsel by either electronic transmission, first-class United States mail postage prepaid or by hand-delivery on September 5, 2013:

    John Thomas Adams, III
    Catherine Marcia Adams
    300 Burdine Road
    Piney Flats, TN 37686

And

    Margaret B. Fugate, Attorney
    114 E. Market Street
    Johnson City, 37604

And

    Gwendolyn M. Kerney
    Chapter 13 Trustee
    P.O. Box 228
    Knoxville, TN 37901


/s/ Wm. Stanton Massa, III
Wm. Stanton Massa, III (BPR# 015556)
Attorney for Creditor
P.O. Box 1515
Morristown, TN 37816
PH# 423 / 317-8555